# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2020

160012

HASSAN M. AHMAD,
         Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN,
         Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160012
COA: 341299
Court of Claims: 17-000170-MZ

On order of the Court, the application for leave to appeal the June 20, 2019 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the documents sought by the plaintiff are within the definition of "public record" in § 2(i) of the Freedom of Information Act (FOIA), MCL 15.232(i). The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

BERNSTEIN, J., did not participate due to a familial relationship.



s0303

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2020



Clerk